■ VICTOR MORRA, Respondent, v MERGANTINE WHITE, Appellant. (And a Third-Party Action.) [714 NYS2d 442] —In an action to recover damages for personal injuries, the defendant appeals from stated portions of an order of the Supreme Court, Westchester County (Rosato, J.), entered October 13, 1998.

Ordered that the appeal is dismissed as withdrawn, without costs or disbursements, based on the appellant's letter dated June 16, 1999. Bracken, J. P., Thompson, S. Miller and Florio, JJ., concur.